ISADORE DOBEN, RELATOR, v. BOARD OF HEALTH OF THE CITY OF PATERSON ET AL., DEFENDANTS.

Submitted October term, 1924—Decided December 31, 1924.

**Ordinances—Permits to Engage In Business of Slaughtering Poultry—Ordinance Gives Board of Health Discretion In Issuing Permits—Mandamus Refused.**

On *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relator, *Randall B. Lewis.*

For the defendants, *Edward F. Merrey.*

PER CURIAM.

A rule to show cause was allowed in this case July 31st, 1924, why a peremptory or alternative writ of *mandamus* should not issue, compelling the board of health of the city of Paterson and Frederick P. Lee, health officer of the city to grant and issue to the relator a permit to engage in the business of preparing live fowl for sale, or selling live fowl, or slaughtering poultry at No. 292 Godwin street, Paterson,

New Jersey, upon paying the required fee of $25 for such permit, under an ordinance of the city of Paterson. Section one (1) of said ordinance provides "such permit may be issued by said board of health upon the payment of $25." The board has a discretion in the matter of issuing or refusing permits.

We think a writ of *mandamus* should be denied, and it is so ordered.